UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-61526-CIV-ALTONAGA/Turnoff

**SECURITIES AND EXCHANGE COMMISSION**,

        Plaintiff,

vs.

**DAVID H. BROOKS**,

        Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On November 13, 2007, the Court issued an Order [D.E. 7] notifying the parties that, unless they filed an objection by November 27, 2007, it would administratively close this case pending the resolution of criminal proceedings against Defendant. The Court subsequently granted Defendant an extension until December 11, 2007 to respond to the Court's Order. On December 11, 2007, Defendant filed a Response to the Court's November 13, 2007 Order [D.E. 15] stating he has no objection to the Court's Order. Plaintiff has also not objected. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) The Clerk of Court shall administratively **CLOSE** this case.

(2) Within ten days of the resolution of criminal proceedings against Defendant, or at any time sooner, if appropriate, Plaintiff may seek to re-open the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of December, 2007.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge William C. Turnoff; counsel of record